No. 05–6397. BELTRAN-HERNANDEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 05–6398. ALBA-GUERRERO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–6400. CASTRO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6402. GUZMAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–6403. GARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6404. GAINES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6407. GONZALEZ-HUERTA, AKA COVARRUBLIAS, AKA GONZALEZ-COVARRUBLIAS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–6408. IRURETAGOYENA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–6409. GRAHAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6412. GOMEZ-SORIANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6415. GALVAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6416. GALVAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6418. RAMIREZ-GARCIA v. UNITED STATES DIAZ-RENDON v. UNITED STATES ██ MEJILLA-HERNANDEZ, AKA REYES v. UNITED STATES ██ CASTILLO-RAMIREZ v. UNITED STATES ██ RODRIGUEZ-TORREZ v. UNITED STATES ██ GUTIERREZ-NIETO v. UNITED STATES ██ RAMOS-LUCIO v. UNITED STATES ██ RIVERA-ORTIZ v. UNITED STATES ██

MATA-DELEON v. UNITED STATES
MEZA BALLEZA, AKA ACOSTA-AVALOS v. UNITED STATES
GERVACIO-ANGEL v. UNITED STATES
TORRES-LUCIO v. UNITED STATES
SANCHEZ-VIVAR v. UNITED STATES
MORALES-NAVARRO v. UNITED STATES
LOZANO-HERRERA v. UNITED STATES
GARCIA-AGUILAR v. UNITED STATES FRIAS
v. UNITED STATES GOMEZ-GRACIANO v.
UNITED STATES MENDOZA v. UNITED
STATES HIPOLITO-ALCANTAR v. UNITED
STATES LINAN-GONZALEZ v. UNITED
STATES MORALES-OLVERA v. UNITED
STATES CONDE-BRAVO v. UNITED STATES
NAVARRO-GALLARDO v. UNITED STATES
REYNA-SAUCEDA v. UNITED STATES
and GOICOCHEA-SUAZO v. UNITED STATES
C. A. 5th Cir. Certiorari denied.

No. 05–6419. RODRIGUEZ-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6420. ROLLINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6421. SANTILLANA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6423. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6428. ELIZARRARAZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6431. HIGGINBOTHAM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6434. CARRATALA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6437. GOVEA-SOLORIO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–6440. HOFF v. UNITED STATES. C. A. 7th Cir. Certiorari denied.